**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | BRASSERIE FELIX INC. | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 13-3631478 | |
| 4. | Debtor's address | **Principal place of business**<br><br>268 Wythe Avenue, Suite 4B<br>Brooklyn, NY 11249<br>Number, Street, City, State & ZIP Code<br><br>Kings<br>County | **Mailing address, if different from principal place of business**<br><br>340 W Broadway<br>New York, NY 10013<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

| Debtor | BRASSERIE FELIX INC. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
☒ Yes.

| District | EDNY | When | 1/21/20 | Case number | 20-40362 (ESS) |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No
☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

Debtor    BRASSERIE FELIX INC.                                          Case number *(if known)*
_____
Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|

☐ **Yes.**    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ **Yes.**    Insurance agency    _____

                Contact name      _____

                Phone             _____

---

### ▓ Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | | | |
|---|---|---|---|---|
| | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| 15. | Estimated Assets | | | |
|---|---|---|---|---|
| | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | | | |
|---|---|---|---|---|
| | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    BRASSERIE FELIX INC.                                    Case number (if known) _____
          Name

▨▨▨  Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature        The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    of authorized
    representative of debtor          I have been authorized to file this petition on behalf of the debtor.

                                      I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                                      I declare under penalty of perjury that the foregoing is true and correct.

                                      Executed on    July 31, 2020
                                                     MM / DD / YYYY

                              X  /s/ Alex Catteau                                 Alex Catteau
                                 Signature of authorized representative of debtor    Printed name

                                 Title    President


18. Signature of attorney     X  /s/ Lawrence F. Morrison                    Date  July 31, 2020
                                 Signature of attorney for debtor                   MM / DD / YYYY

                                 Lawrence F. Morrison
                                 Printed name

                                 Morrison Tenenbaum, PLLC
                                 Firm name

                                 87 Walker Street, Second Floor
                                 New York, NY 10013
                                 Number, Street, City, State & ZIP Code

                                 Contact phone   212-620-0938        Email address   info@m-t-law.com


                                 2889590 NY
                                 Bar number and State

# United States Bankruptcy Court
## Eastern District of New York

In re    BRASSERIE FELIX INC.
                            Debtor(s)

Case No. _____

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alain Denneulin | | 32% | |
| Alex Catteau | | 40% | |
| Jerome Catteau | | 28% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 31, 2020                          Signature   /s/ Alex Catteau

                                                     Alex Catteau

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re    __BRASSERIE FELIX INC.__ _____      Case No. _____

                                    Debtor(s)               Chapter    __11__ _____

## VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    __January 16, 2020__ _____

                      __Alex Catteau/President__
                      Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

All Purpose Protection
35-03 Ditmars Bvld
Astoria, NY 11105


Autotap
PO Box 66
Point Lookout, NY 11569


Baldor Speciality Foods
155 Food Center Drive
Bronx, NY 10474


Bayberry
27 East 21st Street
6th floor
New York, NY 10010


Carlos Rangel Camacho
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


Catalan
1133 Broadway
New York, NY 10010


Ceci-Cela
67 Metropolitan Ave
Brooklyn, NY 11249


Chesapeake
15 Cuttermill Road
Suite 214
Great Neck, NY 11021


D'Artagnan
600 Green Lane
Union, NJ 07083


Dairyland Inc.
240 Food Center Drive
Bronx, NY 10474

Efren Romero
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


F Rozzo and sons
1123 Worthen Street
Kingston, NY 12401


Fidencio J. Tecuapacho
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


French Kiss
276 Fair Street
Kingston, NY 12401


Gerardo Hernandez
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


Grand Daisy Bakery
250 West Broadway
New York, NY 10013


Green Tree Packing
65 Cetnral Avenue
PO Box 386
Passaic, NJ 07055


Gustavo Jacobo Peralta
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


Imperato
66-66 Grand Avenue
Maspeth, NY 11378

Internal Revenue Service
Central Insolvency Unit
PO Box 7346
Philadelphia, PA 19101


Island Creek Oysters
403-9 Washington Street
Duxbury, MA 02332


Jose Gaguancela Aucacama
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


Juan Manuel Cuervo Reyes
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


La Compagnie des dessert.
196 Howard Street
Brooklyn, NY 11233


La Reserve
529b Worthon Street
Bronx, NY 10474


Le Canard
276 Fair Street
Kingston, NY 12401


Leo Dan Andrade Huerta
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


Marcelino Barrales Ramos
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017

Mercedes Benz-Manhattan


Miguel Angel Suarez
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


Miguel Cielo Ramos
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


Mont Blanc Dessert Inc.
196 Howard Avenue
Brooklyn, NY 11233


Murray's Cheese
254 Bleeker St.
New York, NY 10014


Nestor Hernandez Sanchez
c/o Cilenti & Cooper PLLC
10 Grand Central
115 E. 44th Street, FL 6
New York, NY 10017


NYS Dept. of Tax and Fin.
Bankruptcy Section
PO Box 5300
Albany, NY 12205


Paris Gourmet
145 Grand Street
Carlstadt, NJ 07072


Salumeria Biellesse Deli.
378 8th Avenue
New York, NY 10001


Superior Management
50 Bank Street
New York, NY 10014

Tom Cat Bakery
43-05 10th Street
Long Island City, NY 11101


U.S. SBA
409 3rd Street SW
Washington, DC 20416


Volvo Manhattan


West Side Food
59-21 Queens Midtwon Expr
Maspeth, NY 11378

# United States Bankruptcy Court
## Eastern District of New York

In re    BRASSERIE FELIX INC.

Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   BRASSERIE FELIX INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 31, 2020

Date

/s/ Lawrence F. Morrison

Lawrence F. Morrison

Signature of Attorney or Litigant

Counsel for   BRASSERIE FELIX INC.

Morrison Tenenbaum, PLLC
87 Walker Street, Second Floor
New York, NY 10013
212-620-0938 Fax:646-390-5095
info@m-t-law.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S):   BRASSERIE FELIX INC.                          CASE NO.:. _____

       Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐  NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☒  THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:  **20-40362 (ESS)**    JUDGE: DISTRICT/DIVISION:  **EDNY**

CASE STILL PENDING (Y/N):    **N**              *[If closed]* Date of closing:

  CURRENT STATUS OF RELATED CASE: _____
                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  Prior Filing  1/21/2020 _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____              *[If closed]* Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____              *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/s/ Lawrence F. Morrison
_____          _____
Lawrence F. Morrison                                    Signature of Pro Se Debtor/Petitioner
Signature of Debtor's Attorney
Morrison Tenenbaum, PLLC
87 Walker Street, Second Floor
New York, NY 10013                                    _____
212-620-0938 Fax:646-390-5095                Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

**BRASSERIE FELIX INC.,**

                     Debtor.
------------------------------------------------------------------X

Chapter 11

Case No. 20-_____ (      )

### DECLARATION PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

I, Alexandre Catteau, declares under the penalty of perjury, the following:

    1.     I am the President of Brasserie Felix Inc. (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this affidavit in accordance with the E.D.N.Y Local Bankruptcy Rule 1007-4 in support of the voluntary petition filed by the Debtor.

    2.     The Debtor is a small business debtor pursuant to 11 U.S.C. 101(51D).

    3.     There has been no trustee or creditors' committee appointed in this case.

    4.     A copy of the Debtor's board resolution authorizing the Chapter 11 filing is annexed hereto as **Exhibit "A"**.

    5.     The Debtor is a New York corporation company and was organized on April 12, 1991.

    6.     The Debtor operates a French bistro restaurant located at 340 W Broadway, New York, NY 10013.

    7.     The Debtor's immediate need for relief in this Court stems from a pending Fair Labor Standards Act lawsuit pending in the Southern District of New York under case number 2019CV-07210 and other vendor debts.

8.    Pursuant to Rule 1007-(a)(4) of the local bankruptcy rules annexed hereto as **Exhibit "B"** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders.

9.    Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "C"** is a list containing the names and addresses of the Debtor's five (5) largest secured claims.

10.    Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "D"** is a summary of the Debtor's assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

11.    The Debtor does not have any publicly held shares, debentures, or other securities.

12.    The Debtor's assets consist primarily of restaurant equipment, fixtures and inventory. The Debtor's books and records are located at 268 Wythe Avenue, Suite 4B, Brooklyn, NY 11249.

13.    Aside from its officers, the Debtor currently has _11_ employees and approximately $ _8500_ of monthly payroll/

14.    The Debtor expects to receive revenue from operations of the business in the amount of approximately $ _129,000_ for the thirty (30) day period following the Chapter 11 filing. The Debtor's operating expenses during the same thirty (30) day period should be approximately $ _205,600_.

Dated: July 20, 2020

_____
Alexandre Catteau, President

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

                                          Chapter 11

**BRASSERIE FELIX INC.,**

                                          Case No. 20-_____ (    )

                        Debtor.
-------------------------------------------------------------------X

## CORPORATE RESOLUTION

      At the meeting of the Board of Directors of Brasserie Felix Inc. ("Felix") a New York corporation, it was determined to be in the best interests of Felix to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

             Whereas, it is in the best interest of Felix to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

             Be It Therefore Resolved, that Alexandre Catteau, President of Felix, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

             Be It Further Resolved, that Alexandre Catteau, President of Felix, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

             Be It Further Resolved, that that Alexandre Catteau, President of Felix, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the corporation in such bankruptcy case

Dated: New York, New York
      July 20, 2020

                            By:_____
                              Alexandre Catteau, President

EXHIBIT B

Fill in this information to identify the case:

Debtor name | BRASSERIE FELIX INC.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| All Purpose Protection 35-03 Ditmars Bvld Astoria, NY 11105 | | | Unliquidated | | | $2,065.89 |
| Autotap PO Box 66 Point Lookout, NY 11569 | | | Unliquidated | | | $323.97 |
| Baldor Speciality Foods 155 Food Center Drive Bronx, NY 10474 | | | Unliquidated | | | $2,730.97 |
| Bayberry 27 East 21st Street 6th floor New York, NY 10010 | | | Unliquidated | | | $1,614.00 |
| Catalan 1133 Broadway New York, NY 10010 | | | Unliquidated | | | $1,447.26 |
| Chesapeake 15 Cuttermill Road Suite 214 Great Neck, NY 11021 | | | Unliquidated | | | $498.00 |
| D'Artagnan 600 Green Lane Union, NJ 07083 | | | Unliquidated | | | $2,869.21 |
| Dairyland Inc. 240 Food Center Drive Bronx, NY 10474 | | | Unliquidated | | | $11,515.31 |
| F Rozzo and sons 1123 Worthen Street Kingston, NY 12401 | | | Unliquidated | | | $1,486.61 |
| French Kiss 276 Fair Street Kingston, NY 12401 | | | Unliquidated | | | $993.80 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **BRASSERIE FELIX INC.**                                        Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Grand Daisy Bakery 250 West Broadway New York, NY 10013 | | | Unliquidated | | | $1,964.00 |
| Green Tree Packing 65 Cetnral Avenue PO Box 386 Passaic, NJ 07055 | | | Unliquidated | | | $1,056.07 |
| Imperato 66-66 Grand Avenue Maspeth, NY 11378 | | | Unliquidated | | | $5,750.00 |
| La Reserve 529b Worthon Street Bronx, NY 10474 | | | Unliquidated | | | $196.00 |
| Mont Blanc Dessert Inc. 196 Howard Avenue Brooklyn, NY 11233 | | | Unliquidated | | | $718.33 |
| Murray's Cheese 254 Bleeker St. New York, NY 10014 | | | Unliquidated | | | $718.33 |
| Salumeria Biellesse Deli. 378 8th Avenue New York, NY 10001 | | | Unliquidated | | | $845.13 |
| Tom Cat Bakery 43-05 10th Street Long Island City, NY 11101 | | | Unliquidated | | | $598.00 |
| U.S. SBA 409 3rd Street SW Washington, DC 20416 | | Paycheck Protection Program Loan | | | | $291,450.00 |
| West Side Food 59-21 Queens Midtwon Expr Maspeth, NY 11378 | | | Unliquidated | | | $2,427.74 |

EXHIBIT C

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BRASSERIE FELIX INC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

EXIHIBIT D

**Fill in this information to identify the case:**

Debtor name     BRASSERIE FELIX INC.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                          12/15

**Part 1:**  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................  $ _____ 236,491.87

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................  $ _____ 236,491.87

**Part 2:**  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$ _____ 40,357.44

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b                                                                                                      $ _____ 40,357.44

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy