UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                                                    Chapter 11

BRASSERIE FELIX INC., *dba* FELIX,                         Case No.: 20-42824-ess

  Debtor.

---

**AMENDED NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the firm of Cilenti and Cooper, PLLC, appears in this matter on behalf of creditors Miguel Angel Suarez, Miguel Cielo Ramos, Gerardo Ixehuatl Hernandez, Gustavo Jacobo Peralta, Juan Manuel Cuervo Reyes, Carlos Rangel Camacho, Marcelino Barrales Ramos, Nestor Hernandez Sanchez, Leo Dan Andrade Huerta, Jose Gaguancela Aucacama, Fidencio Juarez Tecuapacho, and Efren Romero. Pursuant to Bankruptcy Rule 2002, kindly direct all notices, pleadings, and correspondence to the undersigned.

Dated: September 22, 2020
       New York, New York

                                    Respectfully submitted,

                                    */s/ Peter Hans Cooper*
                        By:     _____
                                    Peter H. Cooper  (PHC 4714)
                                    CILENTI & COOPER, PLLC
                                    10 Grand Central
                                    155 East 44th Street – 6th Floor
                                    New York, New York 10017
                                    Telephone  (212) 209-3933
                                    Facsimile (212) 209-7102
                                    E-mail: pcooper@jcpclaw.com

                                    *Attorneys for Miguel Angel Suarez,*
                                    *Miguel Cielo Ramos, Gerardo Ixehuatl*
                                    *Hernandez, Gustavo Jacobo Peralta, Juan*
                                    *Manuel Cuervo Reyes, Carlos Rangel*
                                    *Camacho, Marcelino Barrales Ramos,*
                                    *Nestor Hernandez Sanchez, Leo Dan*
                                    *Andrade Huerta, Jose Gaguancela*

2

*Aucacama, Fidencio Juarez Tecuapacho, and Efren Romero*